# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JAMES WILLIAM SHEDD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:18-cv-01042-LCB-HNJ |
| HUSKEY VARNEY, Owner, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on January 25, 2019, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b). (Doc. 6). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, and granted his request for an extension of time to do so, no objections have been received by the court within the time period allotted. (Docs. 6-8).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

A Final Judgment will be entered.

**DONE** and **ORDERED** this March 8, 2019.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE